JOHN J. MURPHY, Respondent, v. THE INCORPORATED VILLAGE OF FARMINGDALE, Appellant, ALICE MURPHY, Respondent, v. THE INCORPORATED VILLAGE

OF FARMINGDALE, Appellant. CHARLES H. MURPHY, Respondent, v. THE INCOR-PORATED VILLAGE OF FARMINGDALE, APPELLANT. (Consolidated Action.) — Action for damages for personal injuries suffered as a consequence of a collision between an automobile in which plaintiffs were riding and a traffic signal stanchion located at an intersection of two streets in the defendant village. Order denying defendant's motion for leave to serve an amended answer affirmed, with fifty dollars costs and disbursements. No opinion. Hagarty, Carswell, Johnston. Taylor and Close, JJ., concur.